UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SABRINA HART and REKA FUREDI,
on behalf of themselves and all other
similarly situated, and the New York
Rule 23 class

    Plaintiffs,

v.                                                                                          Case No:  2:12-cv-9-Ftm-38UAM

RICKS CABARET INTERNATIONAL,
INC., RCI ENTERTAINMENT (NEW
YORK) INC. and PEREGRINE
ENTERPRISES, INC.,

    Defendants.
_____/

### ORDER

This matter comes before the Court on review of the file.  The only issue in this matter involved a discovery dispute as to whether a non-party should be compelled to comply with a subpoena.  The Court issued its ruling on January 18, 2012, granting the motion to compel and directed non-party ACE to respond to the subpoena.  Thus, this matter should be closed.

Accordingly, it is now **ORDERED:**

The Clerk of Court is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record